E-FILED
Thursday, 14 March, 2019 10:46:06 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT B

# COMPLAINT TO

# TRANS UNION DATA SOLUTIONS, LLC

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
COUNTY OF MCLEAN

STATE OF ILLINOIS )
) SS.
COUNTY OF MCLEAN )

FILED
2/8/2019 12:50 PM
DONALD R. EVERHART, JR.
CLERK OF THE CIRCUIT COURT
MCLEAN COUNTY, ILLINOIS

File Stamp

Matthew S Gordon II )
Plaintiff, )
v. ) Case No. 2019SC000220
TRANSUNION DATA SOLUTIONS LLC )
Defendant. ) Amount claimed $ 10,000

**SMALL CLAIM COMPLAINT**

PLAINTIFF: Matthew S Gordon II claims:

1. DEFENDANT: TRANSUNION DATA SOLUTIONS LLC is indebted to Plaintiff for $10,000 for:

1.Plaintiff, Matthew S Gordon II is an individual that's a resident in Mclean County, IL.

2.Defendant, TRANSUNION DATA SOLUTIONS LLC is a credit bureau and a foreign LLC registered to conduct business in the state of Illinois.

3. Numbers 4-10 are for complaint against Defendant for willful injury from violating the Fair Credit Reporting Act also known as 15 U.S.C § 1681.

4.On 10/5/2018 Plaintiff mailed Defendant a letter that Defendant received 10/10/18 disputing the accuracy of several accounts being reported on Plaintiff's credit report that Plaintiff believed to be inaccurate, some of those accounts were Chase Card, Discover Financial, Bank of America, Cavalry Portfolio and (2) American Express accounts.

5.Plaintiff also asked Defendant in the letter mentioned above on number four of complaint for evidence that proves these accounts being reported are accurate and if it turns out they aren't to please delete the inaccuracies.

6. Defendant mailed Plaintiff a letter back within 30 days stating that the six accounts mentioned on number four of complaint were all verified as accurate, but Defendant did not provide any proof for these accuracies in the letter.

7.On 11/13/2018 Plaintiff mailed letters to the companies reporting these accounts to Defendant, asking these companies to investigate/validate these accounts and if there

accurate to mail Plaintiff back evidence proving their accuracy, but if there not then delete whatever's inaccurate.

8. Within 30 days Plaintiff received letters back from the companies reporting these accounts to the Defendant, but none of them provided evidence to prove the accuracy of the account/s they were reporting on Plaintiff's credit report or deleted what was inaccurately reported.

9. On 12/31/18 Plaintiff mailed Defendant a letter letting Defendant know after Defendant said those six accounts were accurate, Plaintiff mailed a letter to the companies reporting the accounts asking for proof that the accounts are accurate which the companies were unable to provide. Plaintiff also demanded Defendant delete these inaccurate accounts or consider the letter constructive notice of Plaintiff's intent to sue Defendant in small claims court.

10. On 2/2/19 Plaintiff received letter from Defendant stating Defendant did not delete these inaccurate accounts from Plaintiff's credit report which is reckless and violates the Fair Credit Reporting Act, due to Defendant's reckless behavior Plaintiff is seeking damages of $6,000 plus any further relief that this Honorable Court deems fair.

11. Defendants continuance of allowing these inaccurate accounts to be reported on Plaintiff's credit report even after multiple attempts by Plaintiff to get them removed is an act of defamation and is harming Plaintiffs right to good credit, Plaintiff seeks damages of $4,000 as a result plus any further relief that this Honorable Court deems fair.

WHEREFORE, Plaintiff, Matthew S Gordon II prays that this Honorable Court enter an Order granting the following relief:

A. That judgment be entered in favor of Plaintiff, Matthew S Gordon II and against Defendant in the amount of $10,000.

B. That Costs of Suit be awarded Plaintiff.

C. Any punitive damages and/or further relief that this Honorable Court deems is fair and equitable.

2. No part of the indebtedness has been paid.
3. DEFENDANT resides at 555 WEST ADAMS STREET CHICAGO, IL 60661 Cook County, Illinois.
4. PLAINTIFF resides at 1209 Hovey Ave, Normal, IL 61761 Mclean County, Illinois, telephone No.(309)635-3065.
5. The undersigned, being first duly sworn on oath, deposes and says that he has read the complaint and has knowledge of the contents thereof, and that the matters set out herein are true in substance and fact.

Signed and sworn to before me Matthew S Gordon II

PLAINTIFF

February 8th 20 19

Notary Public Circuit Clerk

By______________________________________

Deputy

If PLAINTIFF is represented by counsel, Please complete the following:

Counsel's Name: ___________________________

Address: __________________________________________

City: __________________________________

Telephone: _________________________________

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

TJ Cinnamon
510 Chester Pike
Crum Lynne, PA 19022

OCT 10 2018

9590 9402 3810 8032 4084 10

Article Number (Transfer from service label)
7017 1070 0000 7681 2090

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

7017 1070 0000 7681 2090

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

CRUM LYNNE, PA 19022

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.50 |
| Total Postage and Fees | $6.70 |

0761
14
Postmark Here
10/05/2018

Sent To: TransUnion
Street and Apt. No., or PO Box No.: 1510 Chester Pike
City, State, ZIP+4®: Crum Lynne, PA 19022

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

TransUnion
1510 Chester Pike
Crum Lynne, PA 19022

9590 9402 3812 8032 6553 55

Article Number (Transfer from service label)
7018 1130 0001 0022 3298

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☒ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

7018 1130 0001 0022 3298

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

CRUM LYNNE, PA 19022

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.63 |
| Total Postage and Fees | $7.83 |

0761
01
Postmark Here
12/31/2018

Sent To: TransUnion
Street and Apt. No., or PO Box No.: 1510 Chester Pike
City, State, ZIP+4®: Crum Lynne, PA 19022

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chase Card
C/O Legal Department
PO Box 15298
Wilmington, DE 19850

9590 9402 3810 8032 4091 03

2. Article Number (Transfer from service label)

7017 1070 0000 7681 2953

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☒ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
***Domestic Mail Only***

For delivery information, visit our website at www.usps.com®.

WILMINGTON, DE 19850

7017 1070 0000 7681 2953

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $0.50 |
| Total Postage and Fees | $6.70 |

0761
01

Postmark Here

11/13/2018

Sent To: Chase Card, C/O Legal Department
Street and Apt. No., or PO Box No.: PO Box 15298
City, State, ZIP+4®: Wilmington, DE 19850

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
Cavalry Portfolio Servic
500 Summit Lake Drive Suite 400
Valhalla, NY 10595

9590 9402 3810 8032 4090 42

Article Number (Transfer from service label)
7017 1070 0000 7681 3332

Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name) [signature]

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

VALHALLA, NY 10595

| | | |
|---|---|---|
| Certified Mail Fee | $3.45 | 0761 |
| | | 01 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.50 | |
| Total Postage and Fees | $6.70 | 11/13/2018 |

Sent To Cavalry Portfolio Servic
Street and Apt. No., or PO Box No. 500 Summit Lake Dr Suite 4
City, State, ZIP+4® Valhalla, NY 10595

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 1070 0000 7681 3332

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
American Express
C/O Legal Department
PO Box 981537
El Paso, TX 79998

9590 9402 3810 8032 4090 80

Article Number (Transfer from service label)
7017 1070 0000 7681 2960

Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☒ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

EL PASO, TX 79998

| | | |
|---|---|---|
| Certified Mail Fee | $3.45 | 0761 |
| | | 01 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.50 | |
| Total Postage and Fees | $5.70 | 11/13/2018 |

Sent To American Express, C/O Legal Departme
Street and Apt. No., or PO Box No. PO Box 981537
City, State, ZIP+4® El Paso, TX 79998

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 1070 0000 7681 2960

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Bank Of America
C/O Legal Department
PO Box 982238
El Paso, TX 79998

9590 9402 3810 8032 4090 66

2. Article Number (Transfer from service label)
7017 1070 0000 7681 2984

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) OP | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☑ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

EL PASO, TX 79998

7017 1070 0000 7681 2984

| | | |
|---|---|---|
| Certified Mail Fee | $3.45 | 0761 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 | 01 |
| ☐ Return Receipt (hardcopy) | $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $0.50 | 11/13/2018 |
| Total Postage and Fees | $6.70 | |

Sent To: Bank Of America, C/O Legal Department
Street and Apt. No., or PO Box No.: PO Box 982238
City, State, ZIP+4®: El Paso, TX 79998

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Discover Financial Servi
C/O Legal Department
PO Box 15316
Wilmington, DE 19850

9590 9402 3810 8032 4090 73

2. Article Number (Transfer from service label)
7017 1070 0000 7681 2977

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) [illegible] | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WILMINGTON, DE 19850

7017 1070 0000 7681 2977

| | | |
|---|---|---|
| Certified Mail Fee | $3.45 | 0761 |
| Extra Services & Fees (check box, add fee as appropriate) | | 01 |
| ☐ Return Receipt (hardcopy) | $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $0.50 | 11/13/2018 |
| Total Postage and Fees | $6.70 | |

Sent To: Discover Financial Servi, C/O Legal Dept.
Street and Apt. No., or PO Box No.: PO Box 15316
City, State, ZIP+4®: Wilmington, DE 19850

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

*** 392489119-007 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

01/26/2019

TransUnion

P9JR8300201541-I018481-057001362
MATTHEW S. GORDON II
1209 HOVEY AVE
NORMAL, IL 61761-3341

Dear MATTHEW S. GORDON II,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

If we were able to make changes to your credit report based on information you provided, we made those changes. Otherwise, we asked the company reporting the information you disputed to do all of the following:

1. Review relevant information we sent them, including any documents you gave us as part of your dispute
2. Investigate your dispute and verify whether the information they report is accurate
3. Provide us a response to your dispute and update any other information
4. Update their records and systems, if necessary

Your dispute is important. In the pages that follow you will see your detailed investigation results, including the business name and contact details of the source of the information. Please review the results carefully.

---

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

File Number: 392489119
Date Issued: 01/26/2019

# Your Investigation Results

**INVESTIGATION RESULTS - DISPUTED INFORMATION UPDATED: A change was made to the item(s) based on your dispute.**

BANK OF AMERICA [redacted] PO BOX 982238, EL PASO, TX 79998-2235, (800) 421-2110 )

We investigated the information you disputed and updated: **Not specified.** Here is how this item appears on your credit report following our investigation.

**Date Opened:** 07/29/2013
**Responsibility:** Individual Account
**Account Type:** Revolving Account
**Loan Type:** CREDIT CARD

**Balance:** $4,806
**Date Updated:** 01/04/2019
**Last Payment Made:** 03/02/2015
**High Balance:** $4,806
**Original Charge-off:** $4,806
**Credit Limit:** $4,000
**Past Due:** >$4,806<

**Pay Status:** >Charged Off<
**Terms:** Paid Monthly
**Date Closed:** 06/04/2015
>Maximum Delinquency of 120 days in 08/2015 for $701 and in 10/2015 for $1,024<

**Remarks:** CLOSED BY CREDIT GRANTOR; >UNPAID BALANCE CHARGED OFF<

**Estimated month and year that this item will be removed:** 03/2022

| | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | 120 | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | X | OK |

1:19-cv-01090-JES-JEH # 1-3 Page 11 of 13

File Number: 392489119
Date Issued: 01/26/2019
Page 5 of 8

**INVESTIGATION RESULTS - VERIFIED AND UPDATED: The disputed item(s) was verified as belonging to you and information has changed or been updated to reflect recent activity.**

**AMERICAN EXPRESS** [redacted] PO BOX 981537, EL PASO, TX 79998, (800) 874-2717 )

We investigated this item, verified it belongs to you, and updated: **Date Updated; Original Charge-Off; Remarks; Rating.** Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| **Date Opened:** | 10/01/2012 | **Balance:** | $6,602 | **Pay Status:** | >Charged Off< |
| **Responsibility:** | Individual Account | **Date Updated:** | 01/16/2019 | **Terms:** | Paid Monthly |
| **Account Type:** | Revolving Account | **High Balance:** | $6,602 | **Date Closed:** | 05/27/2015 |
| **Loan Type:** | CREDIT CARD | **Original Charge-off:** | $6,602 | | |
| | | **Past Due:** | >$3,974< | | |

**Remarks:** DISP INVG COMP-CONSUM DISAGRS; CLOSED BY CREDIT GRANTOR; >UNPAID BALANCE CHARGED OFF<

**Estimated month and year that this item will be removed:** 01/2022

| | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | X | X | X | X | X | X | X | X | X | X | X | X |

| | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | X | X | X | X | X | X | X | X | X | X | X | X |

| | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | X | X | X | X | X | X | X | X | X | X | X | X |

| | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

| | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | X | X | X | X | X | X | X | X | X | X | X | X | OK | OK | OK | OK |

| | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 |
|---|---|---|---|---|---|---|
| **Rating** | OK | OK | OK | OK | OK | OK |

---

**AMERICAN EXPRESS** [redacted] PO BOX 981537, EL PASO, TX 79998, (800) 874-2717 )

We investigated this item, verified it belongs to you, and updated: **Date Updated; Original Charge-Off; Remarks; Rating.** Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| **Date Opened:** | 09/25/2012 | **Balance:** | $2,495 | **Pay Status:** | >Charged Off< |
| **Responsibility:** | Individual Account | **Date Updated:** | 01/15/2019 | **Terms:** | Paid Monthly |
| **Account Type:** | Revolving Account | **High Balance:** | $2,495 | **Date Closed:** | 05/27/2015 |
| **Loan Type:** | CREDIT CARD | **Original Charge-off:** | $2,495 | | |
| | | **Past Due:** | >$2,495< | | |

**Remarks:** DISP INVG COMP-CONSUM DISAGRS; CLOSED BY CREDIT GRANTOR; >UNPAID BALANCE CHARGED OFF<

**Estimated month and year that this item will be removed:** 01/2022

| | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | X | X | X | X | X | X | X | X | X | X | X | X |

| | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | X | X | X | X | X | X | X | X | X | X | X | X |

| | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | X | X | X | X | X | X | X | X | X | X | X | X |

| | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

| | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | X | X | X | X | X | X | X | X | X | X | X | X |

---

**CHASE CARD** # [redacted] PO BOX 15298, WILMINGTON, DE 19850, (800) 945-2000 )

We investigated this item, verified it belongs to you, and updated: **Date Updated; Rating.** Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| **Date Opened:** | 07/10/2013 | **Balance:** | $8,512 | **Pay Status:** | >Charged Off< |
| **Responsibility:** | Individual Account | **Date Updated:** | 01/15/2019 | **Terms:** | Paid Monthly |
| **Account Type:** | Revolving Account | **Last Payment Made:** | 04/08/2016 | **Date Closed:** | 06/09/2016 |
| **Loan Type:** | FLEXIBLE SPENDING CREDIT CARD | **High Balance:** | $8,512 | >Maximum Delinquency of 120 days in 08/2015 for $1,006 and in 10/2015 for $1,455< | |
| | | **Original Charge-off:** | $8,512 | | |
| | | **Credit Limit:** | $7,500 | | |
| | | **Past Due:** | >$8,512< | | |

**Remarks:** CLOSED BY CREDIT GRANTOR; >UNPAID BALANCE CHARGED OFF<

**Estimated month and year that this item will be removed:** 03/2022

Want to review a full copy of your credit report? Get yours at www.transunion.com/fullreport
P 9JR83-002 01541-1018495 05/12

File Number: 392489119 Page 6 of 8
Date Issued: 01/28/2019

| | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | 120 | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**DISCOVER FINCL SVC LLC** [redacted] PO BOX 15316, WILMINGTON, DE 19850-5316, (800) 347-2683 )

We investigated this item, verified it belongs to you, and updated: **Date Updated; Remarks; Rating.** Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| **Date Opened:** | 10/26/2006 | **Balance:** | $1,320 | **Pay Status:** | >Charged Off< |
| **Responsibility:** | Individual Account | **Date Updated:** | 01/25/2019 | **Terms:** | Paid Monthly |
| **Account Type:** | Revolving Account | **Last Payment Made:** | 03/25/2015 | **Date Closed:** | 08/28/2015 |
| **Loan Type:** | CREDIT CARD | **High Balance:** | $1,507 | >Maximum Delinquency of 120 days in 07/2015 for $223 and in 09/2015< | |
| | | **Original Charge-off:** | $1,321 | | |
| | | **Credit Limit:** | $1,000 | | |
| | | **Past Due:** | >$1,320< | | |

**Remarks:** >UNPAID BALANCE CHARGED OFF<
**Estimated month and year that this item will be removed:** 01/2022

| | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | 120 | 120 | 120 | 90 | 60 | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

Want to review a full copy of your credit report? Get yours at www.transunion.com/fullreport

1:19-cv-01090-JES-JEH # 1-3 Page 13 of 13

File Number: 392489119
Date Issued: 01/28/2019

Page 7 of 8

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE: The disputed item was verified as accurate.**

**CAVALRY PORTFOLIO SVCS** [redacted]0 SUMMIT LAKE DR, STE 4A, VALHALLA, NY 10595, (800) 501-0909 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE.** Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| **Placed for collection:** | 12/28/2017 | **Balance:** | $5,638 | **Pay Status:** | >In Collection< |
| **Responsibility:** | Individual Account | **Date Updated:** | 12/26/2018 | | |
| **Account Type:** | Open Account | **Original Amount:** | $5,638 | | |
| **Loan Type:** | COLLECTION AGENCY/ATTORNEY | **Original Creditor:** | CITIBANK (Banking) | | |
| | | **Past Due:** | >$5,638< | | |

**Remarks:** ACCT INFO DISPUTED BY CONSUMR; >PLACED FOR COLLECTION<
**Estimated month and year that this item will be removed:** 02/2022

Want to review a full copy of your credit report? Get yours at www.transunion.com/fullreport
P 8JR83-002 01641-I018487 07/12